# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.W., by and through his Parent, S.W., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 17-2188 |
| v. | : | |
| ABINGTON SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of December, 2018, it is **ORDERED** that:

- Plaintiffs' Motion for Decision and Judgment on the Administrative Record (ECF No. 9) is **DENIED**.

- Defendant's Motion for Judgment on the Administrative Record (ECF No. 10) is **GRANTED**.

                                                         s/Anita B. Brody

                                           ANITA B. BRODY, J.

Copies **VIA ECF   12/17/2018**